MARY STELIGA ET AL., RESPONDENTS, v. THE METRO-POLITAN CASUALTY INSURANCE COMPANY OF NEW YORK, APPELLANT.

Submitted October 26, 1934—Decided January 10, 1935.

For the respondents, *Kenneth G. Caughman.*

For the appellant, *Mark Townsend, Jr.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Lloyd in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, DONGES, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 11.

*For reversal*—None.